FILED
November 17, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

**Western District of Texas**

Pecos Division

United States of America
v.
OROZCO-Acosta, Erick Armando

Defendant(s)

Case No. **PE: 26-MJ-441**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 15, 2026 in the county of Presidio in the WESTERN DISTRICT OF TEXAS, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1546 (1) | knowingly uttered, used, attempted to use, possessed, obtained, accepted, or received any such visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained. |
| 8 U.S.C. 1326 (2) | entered, attempted to enter, or was found in the United States after having been previously arrested and deported from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security and the Defendant has not established that he was not required to obtain the consent of the Secretary of Homeland Security prior to entering the United States. Pursuant to 6 USC section 202(3), 202(4), and 557. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Noel Madrid

*Complainant's signature*

Noel Madrid, CBP Enforcement Officer

*Printed name and title*

**Complaint sworn to telephonically and electronically signed on this date. FED.R.CRIM.P. 4.1(b)(2)(A)**

Date: 11/17/2026

*Judge's signature*

City and state: Pecos, Texas

Honorable Judge David B. Fannin

*Printed name and title*

On November 15, 2026, at approximately 1258hrs, the DEFENDANT, OROZCO Acosta, Erick Armando a native and citizen of Mexico, applied for admission at the Presidio, TX Port of Entry via vehicle primary presenting a DSP-150 Laser Visa/Border Crossing Card in the name of another person. The DEFENDANT was the sole occupant of the vehicle. CBP Officer queried the document on the computer database and returned with negative results. CBP Officer examined the document and identified irregularities to the document. CBP Officer asked the DEFEANDANT to state his name and date of birth, DEFENDANT stated the name on the document and date of birth. CBP Officer asked the DEFENDANT where he had obtained the document from, DEFENDANT stated Tijuana, Mexico. CBP Officer continued to ask where he was traveling to, DEFENDANT stated he was traveling to Lupton, Colorado to visit family for the holidays. CBP Officer referred the DEFENDANT to vehicle secondary for further inspection.

In vehicle secondary, CBP Officer asked the DEFENDANT to state his name and date of birth, DEFENDANT stated the name on the document he has presented to the primary officer. CBP Officer asked the DEFENDANT if the document belonged to him, the DEFENDANT stated yes. CBP Officer asked the DEFENDANT where he was traveling to, DEFENDANT stated he was traveling to Colorado for the holidays. CBP Officer identified irregularities to the document, missing security features, font, texture of the document and discoloration. CBP Officer escorted the DEFENDANT to passport control hard secondary for further inspection.

In passport control secondary, The DEFENDANT was immediately served with Form I-214, Warning as to Rights in Spanish by CBP Officer which the DEFENDANT understood and signed voluntarily. The DEFENDANT readily admitted to his true and correct name as Orozco Acosta, Erick Armando and the not the name on the document. The DEFENDANT admitted that the document he presented was in fact a counterfeit and had obtained it in Chihuahua, Chih, Mexico through a family friend. DEFENDANT had expressed a desire to his friend of traveling to the United States to be with his family, and his friend told him he would be able to get him some documents so he could enter the United States. DEFENDANT admitted that his family had paid $150,000.00 Mexican pesos equivalent to approximately $8,000.00 dollars to obtain the documents. The DEFENDANT admitted that he was given the counterfeit border crossing card, Mexican passport, and a Mexican driver's license, all three documents being counterfeit. DEFENDANT's true intent was to travel to Colorado and live there with his family. DEFENDANT admitted to having his visa previously cancelled for working illegally in the United States. DEFENDANT admitted that was he was aware that presenting counterfeit documents to enter the United States was a violation of law. The DEFENDANT's biometrics were processed in the computer database and revealed his true identity as OROZCO Acosta, Erick Armando with a previously apprehension on 01/18/2026 by CBP at Bridge of the Americas, TX POE for a visa cancellation for a violation of status, previously working illegally in the United States without the proper documents. DEFENDANT was immediately returned to his home country. Criminal history revealed the same apprehension by CBP.

**Immigration Record:**

1. Apprehension on 01/18/2026 by CBP Bridge of the Americas POE, El Paso, TX

Charge 1: 212(a)(7)(A)(i)(I) – Immigrant Without an Immigrant Visa
Charge 2: 8 USC 1182 – Alien Inadmissibility Under Section 212
Disposition: Expedited Removal
Date Departed: 01/18/2026
Port Departed: El Paso, TX.

**Criminal Record:**

1. Arrested on 01/18/2026 by CBP-Bridge Americas El Paso
   Charge 1: Alien Inadmissibility Under Section 212
   Disposition: Administrative Proceedings

Noel Madrid
CBP Enforcement Officer
U.S. Customs and Border Protection